UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DANL KEIGLEY,

        Petitioner,           Case No. 1:20-cv-262

v.           Honorable Paul L. Maloney

RANDEE REWERTS,

        Respondent.
_____/

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's motion for discovery, expansion of the record, evidentiary hearing, and appointment of counsel is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

Dated:   September 20, 2022           /s/ Paul L. Maloney
                                                                      Paul L. Maloney
                                                                      United States District Judge