UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DANL KEIGLEY,

        Petitioner,               Case No. 1:20-cv-262

v.                                              Honorable Paul L. Maloney

RANDEE REWERTS,

        Respondent.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED WITH PREJUDICE** for failure to raise a meritorious federal claim.

Dated:  September 20, 2022                /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                United States District Judge